UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
     Plaintiff,

vs.

MAPLEWOOD PLAZA LLC and
STYLE WISE INC,
     Defendants.

Case No.: 23-cv-02133-WWB-DCI

## JOINT NOTICE OF SETTLEMENT

Plaintiff, AMIN LAKHANI, and Defendant, MAPLEWOOD PLAZA LLC, *only*, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. Accordingly, the Parties expect to file a stipulation of dismissal with prejudice within forty (40) days and respectfully request that they not be required to file any further responses, motions, and/or pleadings.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)

s/ Andrew B. Zelmanowitz
Florida Bar No. 74202
BERGER SINGERMAN LLP
Counsel for Defendant, Maplewood
 Plaza, LLC
201 East Las Olas Blvd. Suite 1500
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-9900
Fax: (954) 523-2872
azelman@bergersingerman.com

*Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com