**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUDOLPH BETANCOURT,

          Plaintiff,

v.                                  Case No.: 6:23-cv-2133-WWB-DCI

STYLE WISE INC,

          Defendant.

_____

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 21).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on February 26, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record